1  Scott E. Jenny, Esq. – State Bar No. 166111
   Richard K. Jenny, Esq. – State Bar No. 200756
2  JENNY & JENNY, LLP
   736 Ferry Street
3  Martinez, California 94553
   Telephone:     (925) 228-1265
4  Facsimile:     (925) 228-2841

5  Attorney for Plaintiff
   MARK GRASSO
6

7              UNITED STATES DISTRICT COURT

8         EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| MARK GRASSO, | **CASE NO.:  2:15-CV-02394-WBS-EFB** |
| | **(Solano County Superior Court** |
| Plaintiff, | **Case No.: FCS045802)** |
| vs. | |
| LOWE'S HOME CENTERS, and DOES 1 through 20, inclusive, | **STIPULATION TO CONTINUE FRCP 26(A)(2) EXPERT EXCHANGE AND CONTINUE EXPERT DISCOVERY CUT-OFF AND ORDER THEREON** |
| Defendants. | |

    Plaintiff MARK GRASSO (hereinafter referred to as "Plaintiff") and Defendant LOWERS HOME CENTERS, LLC (hereinafter referred to as "Defendant"), jointly submit this Stipulation to Continue FRCP 26(a)(2) Expert Exchange and Discovery Cut-Off in this case.

    Per the Court's Order, the Expert Exchange is currently set for November 7, 2016 with an Expert Discovery Cut-Off date of January 7, 2016.  Trial is set for May 16, 2017.  Mediation in this case is scheduled for November 15, 2016.  The parties agree to continue the Expert Exchange to a date after the November 15, 2016 mediation with the intent to minimize expert costs going in to the mediation.

/ / /

/ / /

/ / /

The parties stipulate to continuing the current November 7, 2016 Expert Exchange date to November 30, 2016. The parties stipulate to continuing the current December 6, 2016 rebuttal expert disclosure deadline to December 27, 2016. In order to allow for depositions of experts after the disclosure, the parties stipulate to continuing the Expert Discovery Cut-Off from January 5, 2017 to January 26, 2017.

IT IS SO ORDERED.

Entered this 3rd day of November, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

APPROVED FOR ENTRY:

Dated: October __, 2016                    THARPE & HOWELL, LLP

                                           By:__Signature on original_____

                                           DIANA RIVERA
                                           Attorneys for Defendant LOWE'S
                                           HOME CENTERS ,LLC

Dated: October __, 2016                    JENNY & JENNY, LLP

                                           By:__Signature on original_____

                                           RICHARD K. JENNY
                                           Attorneys for Plaintiff MARK
                                           GRASSO

**STIPULATION TO CONTINUE EXPERT EXCHANGE AND EXPERT DISCOVERY CUT-OFF**